# United States Bankruptcy Court
# District of Maryland

In Re: Monica McGinley　　　　　　Case Number: 12-28809

　　　　Debtor(s)　　　　　　　　　　　Chapter: 13

## AMENDED VERIFICATION OF CREDITOR MATRIX

The above named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 31 Oct 2012

Signature of Debtor(s): /s/

/s/ _[signature]_



BankUnited, FSB  
7815 NW 148 stree  
Miami Lakes, FL 33016

National City Mortgage  
3232 Newmark drive  
Miamisburg, OH 45342

Central Mortgage Company  
801 John Barrow rd, ste 1  
Little Rock, AR 72205

PNC Mortgage  
3232 Newmark drive  
Miamisburg, OH 45342