# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

**Date: 11/1/12**

In re:   Case No.:   12−28809 TJC   Chapter:   13

Monica Patricia McGinley
Debtor(s)

# DEFICIENCY NOTICE

DOCUMENT: 9 – Chapter 13 Plan Filed by Monica Patricia McGinley. (O'Connor, Janine)

PROBLEM: A Certificate of Service on all entities affected by the pleading was not filed.

CURE: A Certificate of Service on all entities affected by the pleading must be filed by the cure date shown below.

CONSEQUENCE: Failure to cure the problem(s) by the date below may result in the pleading being stricken or other action the Court deems appropriate without further notice.

**All deficiencies must be cured by 11/15/12.**

**Additional information for non−attorney filers is available at**
**http://www.mdb.uscourts.gov/content/after−filing**

                                              Mark D. Sammons, Clerk of Court
                                              by Deputy Clerk, Janine O'Connor  301−344−3918

cc:   Debtor(s)
      Attorney for Debtor(s) – PRO SE

Form defntc (01/06)