IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
IN GREENBELT

| | |
|---|---|
| IN RE: ) | |
| ) | |
| MONICAPATRICIA MCGINLEY ) | |
| ) | |
| Debtor. ) | **CASE NO.  12-2889-TJC** |
| ) | |
| ) | **CASE NO.  12-00745** |
| ) | |
| ) | **CHAPTER 13** |
| ) | |

### NOTICE OF APPEARANCE

Please enter the appearance of Jo Ann P. Myles as Counsel for the Debtor Monica McGinley for the limited purpose of representing her in her Alternative Dispute Resolution (ADR) and Adversarial Claim litigation proceedings.

Respectfully Submitted,

/s/
Jo Ann P. Myles
Law Offices of Jo Ann P. Myles
P.O. Box 6021
Suite 301
Largo, Maryland  20774
Bar No. 04412
301-773-9652 (office)
301-322-1704 (fax)
 joamyl@aol.com

Counsel for Debtor

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of November 2012, a copy of the foregoing Entry of Appearance for Debtor was served upon the Creditors by electronic regular mail postage prepaid and by electronic filing to:

Central Mortgage Company
801 John Barrow Road
Little Rock, Arkansas 72205

PNC Mortgage
3232 Newmark Drive
Miamisburg, Ohio 45342

                                               /s/
                                           Jo Ann P. Myles