Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT
District of Maryland

Greenbelt Division
6500 Cherrywood Lane, Ste. 300
Greenbelt, MD 20770

Bankruptcy Proceeding No.:  12−28809
Judge:  Thomas J. Catliota

In Re:    Monica Patricia McGinley
          Debtor(s)

PLEASE TAKE NOTICE that a hearing will be held

at 6500 Cherrywood Lane, Courtroom 3−E, Greenbelt, MD 20770

on 12/17/12 at 10:00 AM

to consider and act upon the following:

32 − Motion to Dismiss Document Notice of Mortgage Payment Change Filed by Monica Patricia McGinley (related document(s)22 Notice of Mortgage Payment Change (No Proof of Claim Filed) filed by Creditor Central Mortgage Company). (Attachments: # (1) Proposed Order) (Myles, Joann)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 11/29/12

Mark D. Sammons, Clerk of Court
by Deputy Clerk, Janine O'Connor
301−344−3918