IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Located in Greenbelt

| | |
|---|---|
| IN RE<br><br>MONICA PATRICIA MCGINLEY<br>A/K/A MONICA STEYSKAL<br><br>   Debtor | Case No. 12-28809-TJC<br>Chapter 13 |
| CENTRAL MORTGAGE COMPANY<br>801 John Barrow Road<br>Suite 1<br>Little Rock, AR 72205<br><br>   Movant<br>v.<br><br>DIANNE M. FAVRE<br>18933 Treebranch Terrace<br>Germantown, MD 20874<br><br>and<br><br>MONICA PATRICIA MCGINLEY<br>a/k/a Monica Steyskal<br>19710 Maycrest Way<br>Germantown, MD 20876<br><br>   Respondents | Motion No. |

## MOTION FOR RELIEF FROM AUTOMATIC STAY

   COMES NOW, Central Mortgage Company, its successors and/or assigns, movant, by its attorneys, Mark D. Meyer, Esq., and Rosenberg & Associates, LLC, and respectfully represents as follows:

   1.   Jurisdiction is based on 11 U.S.C. Section 362(d)-(f) and 1301.

   2.   On or about October 17, 2012, Monica Patricia McGinley   a/k/a Monica Steyskal ("Debtor") filed a Voluntary Petition in the Court under Chapter 13 of the Bankruptcy Code.

   3.   Nancy Grigsby is the Chapter 13 trustee of the Debtor's estate.

   4.   Dianne M. Favre ("Co-Debtor") is a co-debtor on this Note.

   5.   At the time of the initiation of these proceedings, the Debtor owned a

MARK MEYER
DC BAR 475552
MD BAR 15070
VA BAR 74290

ROSENBERG &
ASSOCIATES, LLC
7910 WOODMONT AVENUE
SUITE 750
BETHESDA, MARYLAND 20814
(301) 907-8000
FILE NUMBER:  39621

parcel of fee simple real estate improved by a residence with a legal description of "Lot 52, Block lettered "A", "GERMANTOWN VIEW" among the Land Records of Montgomery County, Maryland" also known as 18933 Treebranch Terrace, Germantown, MD 20874 (hereinafter "the subject property").

6.  The subject property is encumbered by a Deed of Trust securing the note, which is currently held by the movant.  The Promissory Note has been transferred from BankUnited, FSB to Central Mortgage Company. The documents evidencing the movant's security interest are attached hereto.

7.  The total amount due under the Deed of Trust securing the Movant as of February 20, 2013, including attorney's fees and court costs, is approximately $278,884.88.

8.  The Debtor is in default under the Deed of Trust, and the Movant has accelerated the entire balance of the Note and Mortgage and interest continues to accrue.

9.  The Debtor has not made post-petition payments for the months of January 1, 2011 - February 1, 2013, and equity in the Debtor's residence is dissipating.

10.  The Movant lacks adequate protection of its interest in the subject property.

11.  The Movant has been and continues to be irreparably injured by the stay of Sections 362 and 1301 of the Bankruptcy Code, which prevents the Movant from enforcing its rights under the Note and Deed of Trust.

12.  Cause exists for lifting the automatic stay imposed by Sections 362 and 1301 of the Bankruptcy Code to enable the Movant to enforce its rights under its Note and Deed of Trust.

13.  The subject property is not necessary for an effective reorganization.

MARK MEYER
DC BAR 475552
MD BAR 15070
VA BAR 74290

ROSENBERG & ASSOCIATES, LLC
7910 WOODMONT AVENUE
SUITE 750
BETHESDA, MARYLAND 20814
(301) 907-8000
FILE NUMBER: 39621

WHEREFORE, the Movant, Central Mortgage Company its successors and/or assigns, respectfully requests that this Honorable Court:

1.  Enter an order terminating the automatic stay imposed by Sections 362 and 1301 of the Bankruptcy Code to enable it to proceed with a foreclosure sale of the real property and improvements located at 18933 Treebranch Terrace, Germantown, MD 20874; and

2.  Grant such other and further relief as may be just and necessary.

/s/ Mark D. Meyer, Esq.
Mark D. Meyer, Esq.
Rosenberg & Associates, LLC
7910 Woodmont Avenue, Suite 750
Bethesda, Maryland 20814
(301) 907-8000

MARK MEYER
DC BAR 475552
MD BAR 15070
VA BAR 74290

ROSENBERG &
ASSOCIATES, LLC
7910 WOODMONT AVENUE
SUITE 750
BETHESDA, MARYLAND 20814
(301) 907-8000
FILE NUMBER: 39621

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on February 20, 2013, a copy of the foregoing Motion for Relief from the Automatic Stay was mailed, first class postage prepaid, upon the following who were not served electronically:

Dianne M. Favre  
18933 Treebranch Terrace  
Germantown, MD 20874  

Nancy Grigsby, Trustee  
P.O. Box 958  
Bowie, MD 20718  

Monica Patricia McGinley  
a/k/a Monica Steyskal  
19710 Maycrest Way  
Germantown, MD 20876  

Teresa Cho Edwards, Esquire  
Law Office of Teresa Cho Edwards  
9500 Arena Drive #460-A, Largo MD 20774  

      /s/ Mark D. Meyer, Esq._____  
      Mark D. Meyer, Esq.

MARK MEYER  
DC BAR 475552  
MD BAR 15070  
VA BAR 74290  

ROSENBERG &  
ASSOCIATES, LLC  
7910 WOODMONT AVENUE  
SUITE 750  
BETHESDA, MARYLAND 20814  
(301) 907-8000  
FILE NUMBER: 39621