IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Located in Greenbelt

| | |
|---|---|
| IN RE<br><br>MONICA PATRICIA MCGINLEY<br>A/K/A MONICA STEYSKAL<br><br>  Debtor | Case No. 12-28809-TJC<br>Chapter 13 |
| CENTRAL MORTGAGE COMPANY<br>801 John Barrow Road<br>Suite 1<br>Little Rock, AR 72205<br><br>  Movant<br>v.<br><br>DIANNE M. FAVRE<br>18933 Treebranch Terrace<br>Germantown, MD 20874<br><br>and<br><br>MONICA PATRICIA MCGINLEY<br>a/k/a Monica Steyskal<br>19710 Maycrest Way<br>Germantown, MD 20876<br><br>  Respondents | Motion No. |

### **NOTICE OF MOTION FOR RELIEF FROM STAY AND HEARING THEREON**

  Central Mortgage Company has filed papers with the court seeking relief from the automatic stay of 11 U.S.C. § 362(a) to enable it to proceed to foreclosure on the property known as 18933 Treebranch Terrace, Germantown, MD 20874. Your rights may be affected.  You should read these papers carefully and discuss them with your lawyer, if you have one in this bankruptcy case.  (If you do not have a lawyer, you may wish to consult one.)

  If you do not want the court to grant the motion for relief from stay, or if you want the court to consider your views on the motion, then by

### **MARCH 11, 2013**

you or your lawyer must file a written response with the Clerk of the Bankruptcy Court explaining your position and mail a copy to:

ROSENBERG &
ASSOCIATES, LLC
7910 WOODMONT AVENUE
SUITE 750
BETHESDA, MARYLAND 20814
(301) 907-8000
FILE NUMBER:  39621

Diane S. Rosenberg, Attorney for the Movant
Rosenberg & Associates, LLC
7910 Woodmont Avenue, Suite 750
Bethesda, Maryland 20814
diane@rosenberg-assoc.com

Nancy Grigsby, Trustee
P.O. Box 958
Bowie, MD 20718

If you mail rather than deliver, your response to the Clerk of the Bankruptcy Court for filing, you must mail it early enough so that the court will receive it by the date stated above.

The hearing is scheduled for

**MARCH 18, 2013 at 10:00 AM at the United States Bankruptcy Court, United States Bankruptcy Court, 6500 Cherrywood Lane, Greenbelt, Maryland 20770, Courtroom 3-E.**

IF YOU OR YOUR LAWYER DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION BEFORE THE SCHEDULED HEARING DATE.

Date: February 20, 2013         /s/ Mark D. Meyer, Esq.
                                Mark D. Meyer, Esq.
                                Rosenberg & Associates, LLC
                                7910 Woodmont Avenue, Suite 750
                                Bethesda, Maryland 20814
                                (301) 907-8000
                                mmeyer@rosenberg-assoc.com

ROSENBERG &
ASSOCIATES, LLC
7910 WOODMONT AVENUE
SUITE 750
BETHESDA, MARYLAND 20814
(301) 907-8000
FILE NUMBER: 39621

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on February 20, 2013, a copy of the foregoing Notice of Motion for Relief from the Automatic Stay was mailed, first class postage prepaid, or via electronic email, to the following:

| | |
|---|---|
| Dianne M. Favre<br>18933 Treebranch Terrace<br>Germantown, MD 20874 | Nancy Grigsby, Trustee<br>P.O. Box 958<br>Bowie, MD 20718 |
| Monica Patricia McGinley<br>a/k/a Monica Steyskal<br>19710 Maycrest Way<br>Germantown, MD 20876 | Teresa Cho Edwards, Esquire<br>Law Office of Teresa Cho Edwards<br>9500 Arena Drive #460-A, Largo MD 20774 |

            /s/ Mark D. Meyer, Esq.
            Mark D. Meyer, Esq.

ROSENBERG & ASSOCIATES, LLC
7910 WOODMONT AVENUE
SUITE 750
BETHESDA, MARYLAND 20814
(301) 907-8000
FILE NUMBER: 39621