**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Located in Greenbelt**

**IN RE**

| | |
|---|---|
| **MONICA PATRICIA MCGINLEY** | **Case No. 12-28809-TJC** |
| **AKA MONICA STEYSKAL** | **Chapter 13** |

     **Debtor**

**CENTRAL MORTGAGE COMPANY**

**Movant**

**v.**

**MONICA PATRICIA MCGINLEY
AKA MONICA STEYSKAL**

     **Respondents**

<u>**NOTICE OF CONTINUED HEARING**</u>

Please be advised that the hearing on Movants Motion for Relief from Automatic Stay has been continued.  The continued hearing is scheduled for:

<u>**May 20, 3013 at 10:00AM**</u>

In the 3-E Courtroom, United States Bankruptcy Court, 6500 Cherrywood Lane, Greenbelt, MD 20770

Date:  April 19, 2013

/s/ Mark Meyer
Mark Meyer Bar #15070
Rosenberg & Associates, LLC
7910 Woodmont Ave., Suite 750
Bethesda, MD 20814
(301)907-8000

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 19, 2013, a copy of the foregoing Notice of Continued Hearing on Motion for Relief was mailed by first class mail, postage prepaid, to the following who were not served electronically:

Monica P McGinley
19710 Maycrest Way
Germantown, MD 20876

Nancy Grigsby, Trustee
4201 Mitchellville Rd, Ste 401
Bowie, MD 20716

Joann P Myles, Esquire
9701 Apollo Dr, Ste 301
Largo, MD 20774

/s/ Mark Meyer
Mark Meyer