UNITED STATES BANKRUPTCY COURT
FORT THE DISTRICT OF MARYLAND
GREENBELT DIVISION

In Re: Monica McGinley                                Case 12-28809
Debtor                                                Chapter 13
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

OBJECTION TO PROOF OF CLAIM #5 FILED BY PNC Bank, NA

Monica McGinley, Debtor through her attorney Teresa Cho Edwards herein submits her objection to Proof of Claim #5

1. Proof of claim #5 is in the amount of $329,621.33 with an arrears claim of $31,065.62

2. The loan originator was National City Mortgage, a subsidiary of National City Bank, N.A. in 2007.  No evidence of actual funding of this loan by National City Bank, N.A. was provided.

3. FNMA ("Fannie Mae") is now claimed by PNC Mortgage to be the "owner", however there is no accounting to substantiate that and attached is a letter from FNMA stating that they in fact do not own or control the loans.

4. There are no recorded assignments of the true promissory note/underlying mortgage debt from National City in the county land records.

5. PNC has not established that it is a bona fide holder of a valid secured interest in the property, and therefore they are not a creditor with a valid security interest. PNC has provided to borrower different versions of the Debtor's "note" but none has been certified as a true copy, and there has been no authentication of what has been provided.

6. PNC does not have proof that it has authority, as "nominee" or agent, to assign the mortgage absent a showing that it was given specific written directions by its principal.

WHEREFORE, debtor requests that the Proof of Claim be disallowed.

Date: 4/19/2013 /s/Teresa Cho Edwards
 Teresa Cho Edwards 17587

Certificate of Service
On 4/19/2013 a copy of Response to motion to lift stay was served on:
Kevin Feig
BWW Law Group, LLC
4520 East West Highway, Suite 200
Bethesda MD 20814
Ch 13 Trustee
US Trustee
Debtor

/s/Teresa Cho Edwards
 Teresa Cho Edwards