UNITED STATES BANKRUPTCY COURT
FORT THE DISTRICT OF MARYLAND
GREENBELT DIVISION

In Re: Monica McGinley                              Case 12-28809
Debtor                                              Chapter 13
**************************************

NOTICE PLEASE TAKE NOTICE THAT WITHIN THIRTY (30) DAYS AFTER THE DATE OF THIS NOTICE you must file and serve a written objection to the Objection To Proof of Claim, together with proposed order, with the Clerk of the Bankruptcy Court, 6500 Cherrywood Lane, Greenbelt, Md. 20770, and served (by delivery or mailing a copy), upon the undersigned. The objections must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection. An interested party may request a hearing that will be held at the Court's discretion. IF YOU FAIL TO MAKE A TIMELY OBJECTION, THT OBJECTION MAY BE GRANTED BY THE COURT WITHOUT HEARING. THE COURT MAY GRANT THE OBJECTION TO THE PROOF OF CLAIM WITHOUT HEARING IF THE OBJECTION FILED STATES INADEQUATE GROUNDS FOR DENIAL. PARTIES IN INTEREST WITH QUESTIONS MAY CONTACT THE UNDERSIGNED.

CERTIFICATE OF SERVICE

I certify that the above Objection to Claim was served on 4/19/2013 electronically to those recipients authorized to receive a Notice of Electronic Filing by the Court, and/or first class mail, postage prepaid to:

Kevin Feig
BWW Law Group, LLC
4520 East West Highway, Suite 200
Bethesda MD 20814
Ch 13 Trustee
US Trustee
Debtor

/s/Teresa Cho Edwards
 Teresa Cho Edwards