UNITED STATES BANKRUPTCY COURT
FORT THE DISTRICT OF MARYLAND
GREENBELT DIVISION

In Re: Monica McGinley                           Case 12-28809
Debtor                                           Chapter 13
*************************************

ORDER DISALLOWING PROOF OF CLAIM

Upon consideration of the debtor's Objection to Proof of Claim #5 filed by the Internal Revenue Service and having considered the objection, and after notice and a hearing, and sufficient cause appearing therefore, it is by the United States Bankruptcy Court for the District of Maryland.

ORDERED that the debtor's objections are hereby sustained, and claim #5 is hereby disallowed.

Cc:
PNC
Chapter 13 Trustee
Debtor

END OF ORDER