IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

Greenbelt Division

| | |
|---|---|
| IN RE: | Case No. 12-28809-TJC |
| MONICA P. MCGINLEY AKA MONICA PATRICIA MCGINLEY AKA MONICA STEYSKAL | |
|     Debtor | Chapter 13 |

PNC BANK, NA, FOR THE BENEFIT OF FEDERAL
NATIONAL MORTGAGE ASSOCIATION

    Movant

vs.

MONICA P. MCGINLEY AKA MONICA PATRICIA
MCGINLEY AKA MONICA STEYSKAL

    Debtor/Respondent

## NOTICE OF MOTION FOR RELIEF FROM STAY AND HEARING THEREON

    PNC BANK, NA, FOR THE BENEFIT OF FEDERAL NATIONAL MORTGAGE ASSOCIATION has filed papers with the court seeking relief from the automatic stay of 11 U.S.C. §362(a) to enable it to proceed to foreclose on the property located at:

**36 Thomas Court, Montross, VA 22520**

    Your rights may be affected.  You should read these papers carefully and discuss them with your lawyer, if you have one in this bankruptcy case.  (If you do not have a lawyer, you may wish to consult one.)

    If you do not want the court to grant the motion for relief from automatic stay, or if you want the court to consider your views on the motion, then by:

**June 24, 2013**

you or your lawyer must file a written response with the Clerk of the Bankruptcy Court explaining your position and mail a copy to:

    Christina Williamson
    4520 East West Highway, Suite 200
    Bethesda, MD  20814

BWW#: 158677

Monica P. McGinley aka Monica Patricia McGinley aka Monica Steyskal
19710 Maycrest Way
Germantown, MD  20876

Monica P. McGinley aka Monica Patricia McGinley aka Monica Steyskal
36 Thomas Court
Montross, VA  22520

| | |
|---|---|
| Teresa Cho Edwards, Attorney at Law | Joann P. Miles |
| 9500 Arena Drive, #460-A | 9701 Apollo Drive, Suite 301 |
| Largo, MD  20774 | Largo, MD 20774 |

Nancy Spencer Grigsby, Trustee
4201 Mitchellville Rd, Suite 401
Bowie, MD  20716

    If you mail rather than deliver your response to the Clerk of the Bankruptcy Court for filing, you must mail it early enough so that the court will receive it by the date stated above.

**The hearing is scheduled for July 01, 2013, at 10:00 am, in Courtroom 3-E, United States Bankruptcy Court, 6500 Cherrywood Lane, Greenbelt, MD 20770.**

IF YOU OR YOUR LAWYER DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION BEFORE THE SCHEDULED HEARING DATE.

| | |
|---|---|
| <u>Dated: June 05, 2013</u> | Respectfully Submitted, |
| | **BWW Law Group, LLC** |
| | |
| |   <u>/s/ Christina Williamson</u> |
| | Christina Williamson, MD Fed. Bar No. 16813 |
| | BWW Law Group, LLC |
| | 4520 East West Highway, Suite 200 |
| | Bethesda, MD 20814 |
| | (301) 961-6555 |
| | (301) 961-6545 (facsimile) |
| | bankruptcy@bww-law.com |
| | *Attorney for the Movant* |

**CERTIFICATE OF SERVICE**

    I certify that on this 5th day of June, 2013, the following person(s) were or will be served a copy of the foregoing Notice of Motion for Relief from Stay and Hearing Thereon, via the CM/ECF system or by first class mail, postage prepaid:

Nancy Spencer Grigsby, Trustee
4201 Mitchellville Rd, Suite 401
Bowie, MD  20716

Teresa Cho Edwards, Attorney at Law
9500 Arena Drive, #460-A
Largo, MD  20774

Monica P. McGinley aka Monica Patricia McGinley aka Monica Steyskal
36 Thomas Court
Montross, VA  22520

Monica P. McGinley aka Monica Patricia McGinley aka Monica Steyskal
19710 Maycrest Way
Germantown, MD  20876

Joann P. Miles
9701 Apollo Drive, Suite 301
Largo, MD 20774

                                                     */s/ Christina Williamson*
                                                     Christina Williamson