IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

IN RE:  Case No. 12-28809-TJC

MONICA P. MCGINLEY AKA MONICA PATRICIA
MCGINLEY AKA MONICA STEYSKAL
    Debtor  Chapter 7
_____

PNC BANK, NA, FOR THE BENEFIT OF FEDERAL
NATIONAL MORTGAGE ASSOCIATION
    Movant

vs.

MONICA P. MCGINLEY AKA MONICA PATRICIA
MCGINLEY AKA MONICA STEYSKAL
    Debtor/Respondent
and
MERRILL COHEN
    Trustee/Respondent
_____

## NOTICE OF AMENDED MOTION FOR RELIEF FROM STAY AND HEARING THEREON

    PNC Bank, NA, for the benefit of Federal National Mortgage Association has filed papers with the court seeking relief from the automatic stay of 11 U.S.C. §362(a) to enable it to proceed to foreclose on the property located at:

**36 Thomas Court, Montross, VA 22520**

    Your rights may be affected.  You should read these papers carefully and discuss them with your lawyer, if you have one in this bankruptcy case.  (If you do not have a lawyer, you may wish to consult one.)

    If you do not want the court to grant the motion for relief from automatic stay, or if you want the court to consider your views on the motion, then by:

**August 02, 2013**

you or your lawyer must file a written response with the Clerk of the Bankruptcy Court explaining your position and mail a copy to:

    Christina Williamson
    4520 East West Highway, Suite 200
    Bethesda, MD   20814

BWW#: 158677

Monica P. McGinley aka Monica Patricia McGinley aka Monica Steyskal
19710 Maycrest Way
Germantown, MD   20876

Monica P. McGinley aka Monica Patricia McGinley aka Monica Steyskal
36 Thomas Court
Montross, VA   22520

Joann P. Myles, Attorney at Law
9701 Apollo Drive, Suite 301
Largo, MD   20774

John Douglas Burns
6303 Ivy Lane, Ste. 102
Greenbelt, MD   20770

Merrill Cohen, Trustee
7910 Woodmont Avenue, Suite 1103
Bethesda, MD   20814

     If you mail rather than deliver your response to the Clerk of the Bankruptcy Court for filing, you must mail it early enough so that the court will receive it by the date stated above.

     **The hearing is scheduled for August 12, 2013, at 10:00 am, in Courtroom 3-E, United States Bankruptcy Court, 6500 Cherrywood Lane, Greenbelt, MD 20770.**

IF YOU OR YOUR LAWYER DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION BEFORE THE SCHEDULED HEARING DATE.

Dated: July 16, 2013

Respectfully Submitted,
**BWW Law Group, LLC**

   */s/ Christina Williamson*
Christina Williamson, MD Fed. Bar No. 16813
BWW Law Group, LLC
4520 East West Highway, Suite 200
Bethesda, MD 20814
(301) 961-6555
(301) 961-6545 (facsimile)
bankruptcy@bww-law.com
*Attorney for the Movant*

## **CERTIFICATE OF SERVICE**

I certify that on this 16th day of July, 2013, the following person(s) were or will be served a copy of the foregoing Notice of Amended Motion for Relief from Stay and Hearing Thereon, via the CM/ECF system or by first class mail, postage prepaid:

Merrill Cohen, Trustee
7910 Woodmont Avenue, Suite 1103
Bethesda, MD   20814

Joann P. Myles, Attorney at Law
9701 Apollo Drive, Suite 301
Largo, MD   20774

John Douglas Burns
6303 Ivy Lane, Ste. 102
Greenbelt, MD   20770

Monica P. McGinley aka Monica Patricia McGinley aka Monica Steyskal
36 Thomas Court
Montross, VA   22520

Monica P. McGinley aka Monica Patricia McGinley aka Monica Steyskal
19710 Maycrest Way
Germantown, MD   20876

                                                  */s/ Christina Williamson*
                                                  Christina Williamson