IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Located in Greenbelt

| | |
|---|---|
| IN RE<br><br>MONICA PATRICIA MCGINLEY<br>A/K/A MONICA STEYSKAL<br><br>  Debtor | Case No. 12-28809-TJC<br>Chapter 7 |
| CENTRAL MORTGAGE COMPANY<br>801 John Barrow Road<br>Suite 1<br>Little Rock, AR 72205<br><br>  Movant<br>v.<br><br>MONICA PATRICIA MCGINLEY<br>a/k/a Monica Steyskal<br>19710 Maycrest Way<br>Germantown, MD 20876<br><br>and<br><br>MERRILL COHEN<br>CHAPTER 7 TRUSTEE<br>7910 Woodmont Ave.<br>Suite 1103<br>Bethesda, MD 20814<br><br>  Respondents | Motion No. |

## **NOTICE OF MOTION FOR RELIEF FROM STAY AND HEARING THEREON**

   Central Mortgage Company has filed papers with the court seeking relief from the automatic stay of 11 U.S.C. § 362(a) to enable it to proceed to foreclosure on the property known as 18933 Treebranch Terrace, Germantown, MD 20874. Your rights may be affected.  You should read these papers carefully and discuss them with your lawyer, if you have one in this bankruptcy case.  (If you do not have a lawyer, you may wish to consult one.)

   If you do not want the court to grant the motion for relief from stay, or if you want the court to consider your views on the motion, then by

ROSENBERG &
ASSOCIATES, LLC
7910 WOODMONT AVENUE
SUITE 750
BETHESDA, MARYLAND 20814
(301) 907-8000
FILE NUMBER:  39621

**AUGUST 12, 2013**

you or your lawyer must file a written response with the Clerk of the Bankruptcy Court explaining your position and mail a copy to:

>Diane S. Rosenberg, Attorney for the Movant
>Rosenberg & Associates, LLC
>7910 Woodmont Avenue, Suite 750
>Bethesda, Maryland 20814
>diane@rosenberg-assoc.com
>
>Merrill Cohen, Trustee
>7910 Woodmont Ave.
>Suite 1103
>Bethesda, MD 20814

If you mail rather than deliver, your response to the Clerk of the Bankruptcy Court for filing, you must mail it early enough so that the court will receive it by the date stated above.

The hearing is scheduled for

**AUGUST 19, 2013 at 10:00 AM at the United States Bankruptcy Court, United States Bankruptcy Court, 6500 Cherrywood Lane, Greenbelt, Maryland 20770, Courtroom 3-E.**

IF YOU OR YOUR LAWYER DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION BEFORE THE SCHEDULED HEARING DATE.

Date: July 25, 2013              /s/ Mark D. Meyer, Esq._____
                                  Mark D. Meyer, Esq.
                                  Rosenberg & Associates, LLC
                                  7910 Woodmont Avenue, Suite 750
                                  Bethesda, Maryland 20814
                                  (301) 907-8000
                                  mmeyer@rosenberg-assoc.com

ROSENBERG &
ASSOCIATES, LLC
7910 WOODMONT AVENUE
SUITE 750
BETHESDA, MARYLAND 20814
(301) 907-8000
FILE NUMBER: 39621

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on July 25, 2013, a copy of the foregoing Notice of Motion for Relief from the Automatic Stay was mailed, first class postage prepaid, or via electronic email, to the following:

Dianne M. Favre
18933 Treebranch Terrace
Germantown, MD 20874

Monica Patricia McGinley
a/k/a Monica Steyskal
19710 Maycrest Way
Germantown, MD 20876

Merrill Cohen, Trustee
7910 Woodmont Ave.
Suite 1103
Bethesda, MD 20814

John Douglas Burns, Esquire
The Burns LawFirm, LLC
6303 Ivy Lane, Ste. 102 , Greenbelt MD 20770

/s/ Mark D. Meyer, Esq.
Mark D. Meyer, Esq.

ROSENBERG &
ASSOCIATES, LLC
7910 WOODMONT AVENUE
SUITE 750
BETHESDA, MARYLAND 20814
(301) 907-8000
FILE NUMBER: 39621